IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v. 15-mj-1117-JJM

DOUGLAS GRANT BROOKS,

Defendant.

---

**NOTICE OF MOTION AND MOTION**

THE UNITED STATES OF AMERICA, by and through its attorney, James P. Kennedy, Jr., Acting United States Attorney for the Western District of New York, Wei Xiang, Assistant United States Attorney, hereby moves the Court for an extension of the Rule 48(b) dismissal set for June 19, 2017, for approximately 45 days for the reasons set forth in the attached affidavit.

DATED: Buffalo, New York, June 15, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: s/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 15-mj-1117-JJM

DOUGLAS GRANT BROOKS,

Defendant.

**AFFIDAVIT**

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

**WEI XIANG,** being duly sworn, deposes and states:

1. I am an Assistant United States Attorney for the Western District of New York and assigned to my office's file regarding this action. This affidavit is submitted in support of the government's motion for an extension of the Rule 48(b) dismissal set for June 19, 2017.

2. On April 17, 2017, the defendant appeared before the Court for an initial appearance. At that time, the defendant waived a preliminary hearing. In addition, the Court set a dismissal date for the Criminal Complaint under Rule 48(b) of the Federal Rules of Criminal Procedure as June 19, 2017. With the consent of the defendant as being in the interest of justice and not contrary to the interests of the public and the defendant in a speedy

trial, the Court also excluded the time from April 17, 2017, to June 19, 2017, from the time within which the defendant should be indicted, in accordance with the Speedy Trial Act.

3. In the interim, the parties continue to work on the terms of a pre-indictment resolution to this matter. We request a further 45-day window within which to reach and execute a plea agreement, which, if achieved, would be to the benefit of both the public and the defendant. Accordingly, we seek an extension of the Rule 48(b) dismissal date from June 19, 2017, to on or about August 1, 2017.

4. For the foregoing reasons, Speedy Trial Act time in this matter should be excluded to afford the parties a continued opportunity to resolve this matter. The public's interest in conserving resources by avoiding the unnecessary use of the grand jury, the time and expense of both a trial and a likely appeal, combined with the certainty of conviction that will be obtained through a plea of guilty by the defendant, outweigh the public's interests in a speedy trial. Furthermore, the defendant's interest in obtaining the benefit of a lesser sentence which will likely accompany the pretrial disposition of this matter outweigh the interests of the defendant in a speedy trial. Based on the foregoing representations, the exclusion of time in this matter is in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

WHEREFORE, it is respectfully requested that the Rule 48(b) dismissal date be extended to on or about August 1, 2017, and that the time from and including June 19, 2017, to and including August 1, 2017, be excluded from the Speedy Trial Act window.

s/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov

Subscribed and sworn to before me

this 15th day of June, 2017.

s/KAREN A. CHAMPOUX
COMMISSIONER OF DEEDS
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2018.